**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FLORIDA HOSPITALITY MUTUAL
INSURANCE COMPANY, etc.,

    Plaintiff,

    v.                                  No.3:05-cv-1225-J-12MMH

NORTHLAKE FOODS, INC., etc.,

    Defendant.

---

### ORDER OF RECUSAL

Upon review of the docket, the Court notes that the Plaintiff is represented by an attorney from the law firm of Holland & Knight LLP. The son of the undersigned is the managing partner of Holland & Knight LLP. Accordingly, the undersigned will recuse himself in this case. See 28 U.S.C. § 455. Therefore, it is

**ORDERED AND ADJUDGED:**

That the undersigned hereby recuses himself from all further proceedings in this case and the Clerk shall reassign the case.

**DONE AND ORDERED** this    6th    day of December 2005.

*[Signature: Howell W. Melton]*
HOWELL W. MELTON
United States District Judge

C:    Counsel of Record